MICHAEL J. HEYMAN
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Christopher.Schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MI HYE KIM,<br><br>    Defendant. | No. 3:25-MJ-00708-KFR |

**NOTICE OF ATTORNEY APPEARANCE**

  Comes now the United States of America to give notice that Assistant U.S. Attorney Christopher D. Schroeder will appear as counsel for the United States in this matter.

  United States Attorney Michael James Heyman is no longer an active participant in the above referenced case. The Government authorizes the Clerk's Office to terminate service on Mr. Heyman of all future documents filed in this case.

RESPECTFULLY SUBMITTED November 5, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s CHRISTOPHER D. SCHROEDER
CHRISTOPHER D. SCHROEDER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s CHRISTOPHER D. SCHROEDER